UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
*DALLAS DIVISION*

BIOWORLD MERCHANDISING INC.
Plaintiff

v.                                        3:19-cv-02072-S
                                          Civil Action No.

INTERACTIVE BUSINESS INFORMATION
SYSTEMS, INC. D/B/A I.B.I.S.
Defendant.

**CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2€, LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Bioworld Merchandising, Inc. ("Bioworld")

Provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

There is no parent corporation of Plaintiff and no publicly held corporation owning 10% or more of Plaintiff's stock.

A complete list of all persons, associates of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Bioworld Merchandising, Inc., Interactive Business Solutions, Inc. d/b/a I.B.I.S.

CERTIFICATE OF INTERESTED PERSONS                                Page 1 of 2
324415

| | |
|---|---|
| Date: | September 12, 2019 |
| Signature: | /s/ Michael L. Knapek |
| Print Name: | Michael L. Knapek |
| Bar Number: | 11579500 |
| Address: | 500 N. Akard St., Suite 2700 |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | (214) 706-4200 |
| Fax: | (214) 706-4242 |
| Email: | mike.knapek@solidcounsel.com |